**IT IS ORDERED as set forth below:**



**Date: September 18, 2025**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Erica Denise Lynn | ) |
| | ) |
| Debtor(s). | ) |
| | ) CASE NO. 25-57659-sms |
| | ) CHAPTER 7 |
| | ) |
| HomeRiver Group, a/a/f 510 SFR GA Operations I, LLC, | ) Judge Sage M. Sigler |
| | ) |
| Movant. | ) CONTESTED MATTER |
| | ) |
| V. | ) |
| | ) |
| Erica Denise Lynn, Debtor(s), Michael J. Bargar, Trustee | ) |
| Respondents. | ) |
| | ) |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On August 27, 2025, HomeRiver Group, a/a/f 510 SFR GA Operations I, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 16) (the "Motion"). The Motion concerns rented real property known as 7235 Toccoa Cir, Union City,

1

GA 30291 (the "Property").  A hearing on said Motion was heard on September 17, 2025, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr

2

Ste 106-33
Atlanta, GA 30350
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Michael J. Bargar
Chapter 7 Trustee
Rountree Leitman Klein & Geer
Century Plaza
2987 Clairmont Road, Ste 350
Atlanta, GA 30329

Erica Denise Lynn, Debtor
7235 Toccoa Cir
Union City GA 30291

Erica Denise Lynn, Debtor
709 Stony Ln
Union City GA 30291

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-57659-sms |
| Erica Denise Lynn | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica Denise Lynn, 709 Stony Lane, Union City, GA 30291-5186 |
| | + | Erica Denise Lynn,, 7235 Toccoa Cir, Union City GA 30291-3436 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Erica Denise Lynn cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor HomeRiver Group a/a/f 510 SFR GA Operations I LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael J. Bargar | mbargar@rlkglaw.com GA67@ecfcbis.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4