# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Erica Denise Lynn**
709 Stony Lane
Union City, GA 30291

Case No.: **25−57659−sms**
Chapter: **7**

**xxx−xx−2136**

## ORDER CLOSING CASE WITHOUT DISCHARGE

It appears Debtor has not completed the instructional course concerning personal financial management required for discharge pursuant to 11 U.S.C. § 727(a)(11), as the Certification About a Financial Management Course has not been filed. Accordingly, it is

**ORDERED** that the above−captioned case is closed without entry of discharge.

**IT IS FURTHER ORDERED** that the estate is closed, and Trustee is discharged from and relieved of said trust.

DATED:  November 6, 2025

_____
Sage M. Sigler
United States Bankruptcy Judge

Form 419

United States Bankruptcy Court

Northern District of Georgia

In re:  
Erica Denise Lynn  
    Debtor

Case No. 25-57659-sms  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2  
Date Rcvd: Nov 06, 2025      Form ID: 419      Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erica Denise Lynn, 709 Stony Lane, Union City, GA 30291-5186 |
| 25358181 | + | Harris & Harris, Attn: Bankruptcy, 1 Home Campute Mac X2303-01a, Des Moines, IA 50328-0001 |
| 25358184 | + | The Totten Firm, LLC, 2090 Dunwoody Club Dr, Ste 106-33, Atlanta, GA 30350-5434 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25358178 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 06 2025 20:41:55 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25358179 | | Email/Text: brnotices@dor.ga.gov | Nov 06 2025 20:37:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25358180 | | Email/Text: ah_bankruptcy@meduitrcm.com | Nov 06 2025 20:36:00 | H & R Accounts, Inc., Attn: Bankruptcy, 5320 22nd Ave, Moline, IL 61265 |
| 25358181 | ^ | MEBN | Nov 06 2025 20:28:26 | Harris & Harris, Attn: Bankruptcy, 1 Home Campute Mac X2303-01a, Des Moines, IA 50328-0001 |
| 25358183 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 06 2025 20:37:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25358185 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 06 2025 20:38:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 25358909 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 06 2025 20:37:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25358182 | | HomeRiver Institutional Accounts Group, 3675 Crestwood Parkway Suite 400 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2025 | Form ID: 419 | Total Noticed: 9 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Erica Denise Lynn cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor HomeRiver Group  a/a/f 510 SFR GA Operations I LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael J. Bargar | mbargar@rlkglaw.com  GA67@ecfcbis.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4